UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN RUSHING,<br><br>                              Plaintiff,<br><br>               -against-<br><br>HIGHLANDS COUNTY; STATE OF FLORIDA; UNITED STATES OF AMERICA,<br><br>                              Defendants. | 22-CV-3863 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 3, 2022, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* (IFP) without first obtaining from the court leave to file. *See Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3, 2022). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the Court's January 3, 2022 order. The Court also denies Plaintiff's application for the Court to request *pro bono* counsel (ECF 3) as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 12, 2022
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge