UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN RUSHING,

                        Plaintiff,

            -against-

HIGHLANDS COUNTY; STATE OF
FLORIDA; UNITED STATES OF AMERICA,

                        Defendants.

22-CV-3863 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 12, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 3, 2022 order

in *Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3. 2022), this action is

dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   May 12, 2022
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge